**Earl KING, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 15, 1974.

Anthony M. Wilhoit, Public Defender, J. Vincent Aprile, II, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Peter C. McDonald, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Reversing.*

**CITY OF PIKEVILLE, Appellant,**

v.

**Richard D. PICKLESIMER, Appellee.**

Court of Appeals of Kentucky.

March 22, 1974.

Cline & Cline, Stephens, Combs & Page, Pikeville, for appellant.

Burke & Justice, Pikeville for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

**WHITE & CONGLETON, INC., et al., Appellants,**

v.

**J. T. HUNDLEY et al., Appellees.**

Court of Appeals of Kentucky.

Feb. 1, 1974.

Rehearing Denied April 19, 1974.

W. R. Patterson, Jr., Lexington, for appellants.

Charles Coy, Richmond, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

**Alma Joan CLARK, Appellant,**

v.

**Robert Bluford CLARK, Appellee.**

Court of Appeals of Kentucky.

March 1, 1974.

Rehearing Denied April 26, 1974.

J. Bruce Miller, Carroll & Miller, Louisville, for appellant.

J. D. Buckman, Jr., Shepherdsville, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

* Opinion ordered not to be published.